**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01046-CV

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**DALLAS COUNTY ET AL, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

Appellant Jimmy Charles Johnson's motion for temporary injunction is **DENIED**.


/s/     DAVID L. BRIDGES
           JUSTICE